Matter of Keller

2026 NY Slip Op 02711

April 30, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Robin Plummer Keller, an Attorney. (Attorney Registration No. 4027678)

Decided and Entered:April 30, 2026

PM-81-26

Calendar Date: April 27, 2026

Before: Pritzker, J.P., Ceresia, Fisher, Mcshan And Corcoran, JJ.

Robin Plummer Keller, Norwalk, Connecticut, pro se.

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

[*1]

Per Curiam.

Robin Plummer Keller was admitted to practice by this Court in 2002 and lists a business address in Norwalk, Connecticut with the Office of Court Administration. Keller now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Keller's application.

Upon reading Keller's affidavit sworn to March 3, 2026, and filed March 5, 2026, and upon reading the April 23, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Keller is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.

Pritzker, J.P., Ceresia, Fisher, McShan and Corcoran, JJ., concur.

ORDERED that Robin Plummer Keller's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further

ORDERED that Robin Plummer Keller's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further

ORDERED that Robin Plummer Keller is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Keller is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further

ORDERED that Robin Plummer Keller shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.